IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                          8:16-CR-24

vs.                                                     ORDER

TIMOTHY TIEDEMAN,

                    Defendant.

IT IS ORDERED:

1.   The government's motion to dismiss (filing 64) is granted.

2.   The petition for offender under supervision (filing 50) is dismissed.

3.   The September 19, 2024 hearing is cancelled.

Dated this 29th day of August, 2024.

                                   BY THE COURT:


                                   John M. Gerrard
                                   Senior United States District Judge